

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00227-CV

Cortney **AUSTIN**,
Appellant

v.

Jacob **SEE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-16670
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: May 28, 2025

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal challenging an order granting a petition for bill of review. "'A bill of review which sets aside a prior judgment but does not dispose of all the issues of the case on the merits is interlocutory in nature and not a final judgment appealable to the court of appeals or the supreme court.'" *Kiefer v. Touris*, 197 S.W.3d 300, 302 (Tex. 2006) (per curiam) (quoting *Tesoro Petroleum v. Smith,* 796 S.W.2d 705, 705 (Tex.1990) (per curiam)).

In this case, the challenged order vacated a previous judgment, re-opened the underlying cause, and granted a new trial. Because the challenged order therefore did not appear to be a final appealable judgment, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See id.*; *Diaz v. Lopez*, No. 04-22-00237-CV, 2022 WL 2334533, at *1 (Tex. App.—San Antonio June 29, 2022, no pet.) (mem. op.) (per curiam).

On May 12, 2025, appellant filed a written response in which she agreed that this appeal should be dismissed for lack of jurisdiction because the challenged order is not a final judgment.[1] We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM

---

[1] In her response, appellant noted that she had contemporaneously filed a petition for writ of mandamus challenging the bill of review. That petition, which was docketed in cause number 04-25-00300-CV, remains pending before this court.